# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michelle Casey,<br>　　　　Plaintiff | Docket No. 3:17-cv-264-RPC<br>(JUDGE RICHARD P. CONABOY) |
| v. | |
| AllianceOne Receivables Management,<br>Inc.,<br>　　　　Defendant | FILED ELECTRONICALLY |

copy
FILED
SCRANTON
FEB 1 4 2018
PER
DEPUTY CLERK

## STIPULATION

It is hereby stipulated to and agreed upon by counsel for Plaintiff, Michelle Casey and counsel for Defendant, AllianceOne Receivables Management, Inc. that Plaintiff's claim against Defendant pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. is hereby stayed pending a decision by the D.C. Circuit Court of Appeals in the matter of *ACA Int'l, et al. v. Federal Communications Commission* matter, No. 15-1211. It is further stipulated an agreed that once the stay is lifted, Plaintiff should be permitted 30 days during which she may conduct a deposition of Defendant.

| s/ Brett Freeman (with consent) | s/ Ronald Metcho |
| --- | --- |
| Brett Freeman | Ronald M. Metcho |
| Bar Number PA308834 | Bar Number PA202807 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Freeman, LLC | Marshall Dennehey Warner |
| 216 N. Blakely St. | Coleman & Goggin, P.C. |
| Dunmore, PA 18512 | 2000 Market St., Suite 2300 |
| Phone (570) 341-9000 | Philadelphia, PA 19103 |
| Facsimile (570) 504-2769 | Phone (215) 575-2595 |
| Email bfecf@sabatinilawfirm.com | Facsimile (215) 575-0856 |
| | Email rmmetcho@mdwcg.com |

**ORDER**

So ordered.

Date: 2-13-18

Richard P. Conaboy
United States District Judge